**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

OPELTON KELLY,

               Petitioner,                        Case Number: 2:07-13259

v.                                                       Judge Arthur J. Tarnow

DAVID L. BERGH,                        Magistrate Judge Paul J. Komives

               Respondent.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is Magistrate Judge Komives' Report and Recommendation [Docket #17] filed August 28, 2008. The Magistrate Judge recommends that this Court grant respondent's motion to dismiss. Petitioner filed objections [Docket #21] on October 20, 2008, after the Court granted his motion to extend time.

Having reviewed the file, the Report and Recommendation and the objections the Court **ADOPTS** the Report and Recommendation as the findings and conclusions of the Court. Accordingly, respondent's motion to dismiss is **GRANTED.**

                                              s/Arthur J. Tarnow
                                              Arthur J. Tarnow
                                              United States District Judge

Dated:  November 10, 2008

I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on November 10, 2008, by electronic and/or ordinary mail.

                                              s/Catherine A. Pickles
                                              Judicial Secretary