UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPELTON KELLY,

    Petitioner,

v                                         Case No. 07-13259

DAVID L. BERGH,            DISTRICT JUDGE ARTHUR J. TARNOW

    Respondent.          MAG. JUDGE PAUL J. KOMIVES

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Before the Court is Magistrate Judge Komives' Report and Recommendation [Docket #26] filed December 1, 2009. The Magistrate Judge recommends that this Court deny petitioner's motion for relief from judgment [Docket #23]. Petitioner filed objections on December 17, 2009 [Docket #29].

    Having reviewed the file, the Report and Recommendation and the objections the Court **ADOPTS** the Report and Recommendation as the findings and conclusions of the Court. Accordingly, petitioner's motion for relief from judgment is **DENIED.**

    It if further ordered that petitioner's motion to file excess pages [Docket #30] is **GRANTED.**

                                          s/Arthur J. Tarnow
                                          Arthur J. Tarnow
                                          United States District Judge

Dated: December 28, 2009

I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on December 28, 2009, by electronic and/or ordinary mail.

                                                s/Catherine A. Pickles
                                                Judicial Secretary